| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. JONES,<br><br>                Plaintiff,<br><br>    v.<br><br>KERN COUNTY, et al.,<br><br>                Defendants. | Case No. 1:18-cv-00903-LJO-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT<br><br>(ECF No. 14) |

Plaintiff Charles B. Jones is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2019, Plaintiff filed a notice of motion to voluntarily dismiss complaint, which the Court construes as a request to voluntarily dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 14.)

Under Rule 41(a)(1)(A)(i), "a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citation omitted). No defendant in this action has appeared and served an answer or a motion for summary judgment.

///

///

///

1

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate all pending deadlines and close this case.

IT IS SO ORDERED.

Dated: **July 24, 2019**              /s/ Barbara A. McAuliffe            
                                    UNITED STATES MAGISTRATE JUDGE